UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LYNN BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST COUNTY DETENTION FACILITY DEPUTIES,<br><br>    Defendant. | Case No. 24-cv-07097-EMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff Ronnie Lynn Briggs, *pro se*, filed this civil rights action on October 10, 2024. Dkt. No. 1. The Clerk mailed Mr. Briggs a notice that his application to proceed *in forma pauperis* was insufficient on the same day. Dkt. No. 3. On December 19, 2024, the mail was returned as undeliverable because Mr. Briggs was no longer housed in the facility. Dkt. No. 5.

More than sixty days have passed since the mail was returned and Mr. Briggs has not provided a current mailing address. He has failed to keep the Court apprised of his current address as required by Civil Local Rule 3-11(b), and has failed to prosecute this matter. *See* Fed. R. Civ. P. 41(b). Accordingly, this action is **DISMISSED** without prejudice. Because dismissal is without prejudice, Mr. Briggs may move to reopen the suit and have proceedings reinstated.

**IT IS SO ORDERED.**

Dated: February 21, 2025

_____
Edward M. Chen
United States District Judge